IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMERICA BANK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-cv-05376 |
| | ) |
| 74 LEO, INC. and CHONG KOOK KIM | ) Honorable Matthew Kennelly |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  Chong Kook Kim                74 Leo, Inc.
     204 St. Leonards Lane,        204 St. Leonards Lane
     Cranberry Township, PA 16066  Cranberry Township, PA 16066

**PLEASE TAKE NOTICE** that on February 17, 2011, at the hour of 9:30, or as soon thereafter as counsel may be heard, the undersigned shall appear before The Honorable Judge Matthew Kennelly, United States District Court for the Northern District of Illinois, Eastern Division located in the Federal Dirksen Building, Courtroom **2103**, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present **Plaintiff's Motion for Default Judgment against Chong Kook Kim**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**COMERICA BANK**

/s/*Martin J. Wasserman*

Kurt M. Carlson (ARDC # 6236568)
Martin J. Wasserman (ARDC #6294040)
**MUCH SHELIST DENENBERG
 AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1615
312.521.2000 (telephone)
312.521.2100 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the foregoing **Notice of Motion** and **Motion for Default Judgment against Chong Kook Kim,** to be served upon the parties listed above, by delivering true and correct copies of same via regular 1st Class U.S. Mail, by depositing a copy of same in the mail depository at 191 North Wacker Drive, Chicago, Illinois, this 9th day of February at or before the hour of 5:00 p.m.

/s/*Martin J. Wasserman*