

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5376 | **DATE** | 3/1/2011 |
| **CASE TITLE** | comerica Bank vs. 74 Leo, Inc. | | |

**DOCKET ENTRY TEXT**

Motion for default judgment is granted (14). Enter Default judgment order. Judgment is entered in favor of Comerica Bank and against Chong Kook Kim in the amount of $220,315.65.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

10C5376 comerica Bank vs. 74 Leo, Inc.