IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COMERICA BANK**<br>     **Plaintiff,**<br><br>     v.<br><br>**74 LEO, INC. AND CHONG KOOK KIM**<br><br>     **Defendants.** | Case No.  10 CV 05376 |

### DEFAULT JUDGMENT ORDER

This matter coming to be heard on Comerica Bank's Motion for Default Judgment against 74 Leo, Inc., the Court being fully advised in the premises hereby orders:

1. That 74 Leo, Inc. is found to be in default for failing to answer or otherwise plead within the time allowed by law.

2. That default judgment is entered in favor of Comerica Bank and against 74 Leo, Inc. in the amount of $225,120.57.

Entered:   05/31/2011

_s/ Matthew F. Kennelly_____
The Honorable Matthew Kennelly
United States District Judge